IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | March, James | Case Number: 06 B 04541 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 4/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,324.00 | |
| Secured: | | 2,082.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,034.00 |
| Trustee Fee: | | 207.55 |
| Other Funds: | | 0.00 |
| Totals: | 4,324.00 | 4,324.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski Grochocinski &Lyod | Administrative | 2,034.00 | 2,034.00 |
| 2. | Gary & Melissa Miller | Secured | 0.00 | 0.00 |
| 3. | Eastern Savings Bank | Secured | 14,572.64 | 2,082.45 |
| 4. | Illinois Dept of Revenue | Priority | 1,404.14 | 0.00 |
| 5. | Capital One | Unsecured | 84.61 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 157.05 | 0.00 |
| 7. | City Of Chicago | Unsecured | | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Complete Flooring Inc | Unsecured | | No Claim Filed |
| 10. | Eastern Savings Bank | Unsecured | | No Claim Filed |
| 11. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 12. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 13. | Carl Sandburg High School | Unsecured | | No Claim Filed |
| 14. | Grinsley Financial | Unsecured | | No Claim Filed |
| 15. | Roberta Kanabay | Unsecured | | No Claim Filed |
| 16. | MCI | Unsecured | | No Claim Filed |
| 17. | St Francis Of Assisi Religious Ed | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,252.44 | $ 4,116.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 207.55 |
| | _____ |
| | $ 207.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  March, James | Case Number:  06 B 04541 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  4/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

